**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00606-CV

————————————

**KIRK MCCLOUD AND LETINA MCCLOUD, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-5, ASSET-BACKED CERTIFICATES 2006-5, SELECT PORTFOLIO SERVICING INC. AND MCCARTHY AND HOLTHUS, LLP, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-29461**

---

## MEMORANDUM OPINION

Appellants Kirk McCloud and Letina McCloud have not timely filed a brief.

*See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure

of appellant to file brief).  After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.